# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0386
_____

LONNIE R. MUNN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

April 12, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lonnie R. Munn, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.